# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTION, INC., | ) Case No.: 1:14-CV-01359 LJO JLT |
| Plaintiff, | ) |
| | ) ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) |
| | ) (Doc. 14) |
| JASON PAUL JENS, et al., | ) |
| Defendants. | ) |

On August 7, 2015, Plaintiff notified the Court that the parties were able to achieve a compromise, settling this matter. (Doc. 14) Plaintiff anticipates filing the request for dismissal shortly. Id. Therefore, the Court **ORDERS**:

1. The stipulation for dismissal of the matter **SHALL** be filed no later than **September 11, 2015**;

2. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

IT IS SO ORDERED.

Dated:   **August 10, 2015**             /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE