Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Jason Paul Jens, et al., <br><br> Defendants. | CASE NO. 1:14-cv-01359-LJO-JLT <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JASON PAUL JENS AND JULIA ERYNN JENS, INDIVIDUALLY AND D/B/A J & BS BBQ AND GRILL A/K/A J AND B'S GRILL AND BBQ |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants JASON PAUL JENS AND JULIA ERYNN JENS, INDIVIDUALLY AND D/B/A J & BS BBQ AND GRILL A/K/A J AND B'S GRILL AND BBQ BAR, that the above-entitled action is hereby dismissed **without prejudice** against JASON PAUL JENS AND JULIA ERYNN JENS, INDIVIDUALLY AND D/B/A J & BS BBQ AND GRILL A/K/A J AND B'S GRILL AND BBQ subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by September 17, 2015, the dismissal shall be deemed to be **with prejudice**.

//
//
//

STIPULATION OF DISMISSAL
Case No. 1:14-cv-01359-LJO-JLT
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: August 11, 2015         *s/Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By:  Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: August 11, 2015         *s/Matthew A. Pare*
**LAW OFFICES OF MATTHEW PARE, APC**
By: Matthew A. Pare
Attorney for Defendants
JASON PAUL JENS AND JULIA ERYNN JENS, INDIVIDUALLY AND D/B/A J & BS BBQ AND GRILL A/K/A J AND B'S GRILL AND BBQ

**IT IS SO ORDERED**
**Dated: August 11, 2015**

         **/s/ Lawrence J. O'Neill**
         **United States District Judge**